IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

vs.                                                                            No. CIV 12-0815 JB/GBW
                                                                            No. CR 00-1424 JB

JOE COBOS,

    Defendant-Petitioner.

## FINAL JUDGMENT

    **THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed July 31, 2012 (CIV Doc. 3, CR Doc. 624)("MOO").  In its MOO, the Court dismissed for lack of jurisdiction the Petitioner's Numerically Second Motion to Vacate, Set Aside, or Correct Sentence, Pursuant to 28 U.S.C. § 2255, by a Person in Federal Custody, filed July 25, 2012 (CIV Doc. 1; CR Doc. 621).  See MOO at 1.  Because the Court's MOO disposes of all issues and claims before the Court, and there being no further issues for the Court to resolve, the Court now enters final judgment in this matter.

    **IT IS ORDERED** that this case is dismissed without prejudice and that final judgment is entered.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

*Parties*:

Joe Cobos
Safford, Arizona

    *Plaintiff pro se*