IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

vs.                                                                           No. CIV 12-0815 JB/GBW
                                                                              No. CR 00-1424 JB

JOE COBOS,

    Defendant-Petitioner.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

**THIS MATTER** comes before the Court on: (i) the Court's Final Judgment, filed July 31, 2012 (CIV Doc. 4, CR Doc. 625); and (ii) rule 11(a) of the Rules Governing Section 2255 Cases. The Court determines that Defendant-Petitioner Joe Cobos has failed to make a substantial showing that he has been denied a constitutional right. The Court will therefore deny a certificate of appealability. See United States v. Harper, 545 F.3d 1230, 1223 (10th Cir. 2008) ("[D]ismissal of an unauthorized § 2255 motion is a 'final order in a proceeding under section 2255' such that § 2253 requires petitioner to obtain a COA before he or she may appeal.").

**IT IS ORDERED** that no certificate of appealability shall issue.

                                                                   _____
                                                                     UNITED STATES DISTRICT JUDGE

*Parties*:

Joe Cobos
Safford, Arizona

    *Plaintiff pro se*